## Commonwealth *v.* Brown, Appellant.

Submitted June 8, 1970. *Michael L. Levy* and *John W.*

*Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.